IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY MOSLEY,** | NO. 2:05-CV-02304-MCE-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **J. ROHLFING, et al.,** | |
| Defendants. | |

On June 15, 2006, defendants sought an extension to time of 30 days, to and including July 17, 2006, in which to file their motion for summary judgment.

Good cause appearing, defendants' request is granted.

Dated: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1