IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY MOSLEY,** | 2:05-CV-02304-MCE-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **J. ROHLFING, et al. ,** | |
| Defendants. | |

On August 7, 2006, defendants sought an extension to time of 21 days, to and including August 21, 2006, in which to file a dispositive motion.

Good cause appearing, defendants' request is granted.

Dated: August 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1