IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY MOSLEY,

    Plaintiff,                       No. CIV S-05-2304 MCE KJM P

    vs.

J. ROHFLING, et al.,

    Defendants.                <u>ORDER</u>

                               /

        In light of the pending motion for summary judgment, the dates for pretrial conference and trial are hereby vacated, to be reset as necessary.

        IT IS SO ORDERED.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

2
mosl2304.vso